**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOSEPH SYKOSKY,
    Petitioner,

vs.                                Case No.: 3:04cv416/MCR/EMT

JAMES V. CROSBY, JR.,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 6, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Respondent's motion to dismiss (Doc. 6) is **GRANTED**.

    3.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

    **DONE AND ORDERED** this 7th day of July, 2005.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                              UNITED STATES DISTRICT JUDGE**