**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JOSEPH SYKOSKY,
        Petitioner,

vs.                                        Case No: 3:04cv416/MCR/EMT

JAMES V. CROSBY,
        Respondent.
_____/

**O R D E R**

        This cause is before the court on Petitioner's Notice of Appeal (Doc. 18), Motion for Certificate of Appealability (Doc. 19), and Motion to Proceed *In Forma Pauperis* on appeal (Doc. 20). Unless a certificate of appealability is issued, the Petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

        After review of the file, the court concludes that because the Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's July 7, 2005 Order (Doc. 15) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on June 6, 2005 (Doc. 11), a certificate of appealability will be denied. For the same reasons, there is no good faith basis for an appeal and Petitioner is not entitled to proceed *in forma pauperis*. Fed.R.App.P. 24(a).

        Accordingly, it is **ORDERED**:

        1. Petitioner's Notice of Appeal (Doc. 18) and Motion for Certificate of Appealability (Doc. 19), are **DENIED** and no certificate shall issue.

        2. Petitioner's Motion to Proceed *In Forma Pauperis* on appeal (Doc. 20) is **DENIED**. Petitioner shall pay the $255.00 filing fee within thirty (30) days of this order.

        **DONE AND ORDERED** this 12th day of September, 2005.

                                      *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS
                                  UNITED STATES DISTRICT JUDGE**